hmg KD: USAO# 2024R00118

SEALED

USDC - BALTIMORE
'24 DEC 5 PM 1:11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BEAUTIFUL LIFE ALLAH,<br>a/k/a "Tezelle Miller",<br>a/k/a/ "Tezell Miller",<br><br>Defendant. | CRIMINAL NO. BAH 24cr354<br><br>(Passport Fraud, 18 U.S.C. § 1542; Aggravated Identity Theft, 18 U.S.C. §1028A(a)(1); False Statements, 18 U.S.C. § 1001 (a)(1)(2)(3); False Representation of a Social Security Number, 42 U.S.C. § 408(a)(7)(B)); Forfeiture, 18 U.S.C. § 982(a)(6) and (b)(1), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c) |

### INDICTMENT

### COUNT ONE
(Passport Fraud)

The Grand Jury for the District of Maryland charges that:

### INTRODUCTION

At times material to this Indictment:

1. **DEFENDANT BEAUTIFUL LIFE ALLAH, a/k/a "Tezelle Miller," a/k/a "Tezell Miller" (hereinafter "Defendant" or "ALLAH")** was a resident of Baltimore, Maryland, who was born in 1960 in New York, New York.

2. **ALLAH** was the father of a minor child (hereinafter "Minor Child"), but did not have custodial rights of the Minor Child.

3. Identity Victim #1 was a real person living in New York and had not been in the State of Maryland during the time period in or about January 2022 until in or about December 2024.

## THE CHARGE

On or about, February 17, 2023, in the District of Maryland,

**BEAUTIFUL LIFE ALLAH,**
a/k/a "Tezelle Miller,"
a/k/a "Tezell Miller,"

the defendant herein, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for **ALLAH**'s own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application, **ALLAH** stated he was Identity Victim #1, which statement **ALLAH** then and there knew to be false.

18 U.S.C. § 1542

## COUNT TWO
(Passport Fraud)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 - 3 of Count One of this Indictment are incorporated here by reference.

2. On or about, February 17, 2023, in the District of Maryland,

**BEAUTIFUL LIFE ALLAH,**
a/k/a "Tezelle Miller,"
a/k/a "Tezell Miller,"

the defendant herein, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for **ALLAH**'s own use, and the use of another, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application, **ALLAH** represented that he had a custody order granting **ALLAH** full legal and physical custody of the Minor Child, which statement **ALLAH** then and there knew to be false.

18 U.S.C. § 1542

## COUNT THREE
(Aggravated Identity Theft)

1. Paragraphs 1 - 3 of Count One of this Indictment are incorporated here by reference.

2. Between on or about August 1, 2022, and on or about May 4, 2023,

**BEAUTIFUL LIFE ALLAH,**
a/k/a "Tezelle Miller,"
a/k/a "Tezell Miller,"

the defendant herein, did knowingly use, without lawful authority, a means of identification of another person, namely that of Identity Victim #1, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: passport fraud, in violation of 18 U.S.C. § 1542, knowing that the means of identification belonged to another actual person.

18 U.S.C. §1028A(a)(1)

## COUNTS FOUR - FIVE
(False Statements)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 - 3 of Count One of this Indictment are incorporated here by reference.

2. On or about February 17, 2023, in the District of Maryland,

**BEAUTIFUL LIFE ALLAH,**
a/k/a "Tezelle Miller,"
a/k/a "Tezell Miller,"

the defendant herein, did willfully and knowingly make the materially false, fictitious, and fraudulent statement and representation set forth below in a matter within the jurisdiction of the Executive Branch of the Government of the United States, which **ALLAH** then and there knew to be false:

| COUNT | DESCRIPTION |
|---|---|
| 4 | Falsely representing that **ALLAH** was Identity Victim #1 |
| 5 | Falsely representing that **ALLAH** had full legal and physical custody of the Minor Child |

18 U.S.C. § 1001(a)(2)

5

## COUNT SIX
(False Representation of Social Security Number)

1. Paragraphs 1 - 3 of Count One of this Indictment are incorporated here by reference.

2. On or about August 29, 2022, in the District of Maryland,

**BEAUTIFUL LIFE ALLAH,**
a/k/a "Tezelle Miller,"
a/k/a "Tezell Miller,"

the defendant herein, for the purpose of obtaining anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to **ALLAH** in a driver's license application submitted to the Maryland Department of Transportation Motor Vehicle Administration, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to **ALLAH**.

42 U.S.C. § 408(a)(7)(B).

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 982(a)(6) and (b)(1), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c) in the event of the defendant's conviction under Counts One through Three of this Indictment.

### Passport Fraud Forfeiture

2. Upon conviction of any of the offenses alleged in Counts One and Two of this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6), (i) any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense; and (ii) any property real or personal that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense, or that was used to facilitate, or was intended to be used to facilitate, the commission of the offense.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

18 U.S.C. § 982(a)(6) and (b)(1)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*[signature]*
Erek L. Barron
United States Attorney

**SIGNATURE REDACTED**

Foreperson

Date: December 5, 2024